UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR.S-06-0188-MCE |
| v. | ) | **DETENTION ORDER** |
| SALVADOR ARROYO, JR., | ) | |
| Defendant | ) | |

A. <u>Order For Detention</u>
After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (I)

B. <u>Statement Of Reasons For The Detention</u>
The Court orders the defendant's detention because it finds:
___ By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
_X_ By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

C. <u>Findings Of Fact</u>
The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:
_X_ (1) Nature and Circumstances of the offense charged:
    _X_ (a) The crime. _Drug Trafficking_ .
    ___ (b) The offense is a crime of violence.
    ___ (c) The offense involves a narcotic drug.
    _X_ (d) The offense involves a large amount of controlled substances.
_X_ (2) The weight of the evidence against the defendant is high.
___ (3) The history and characteristics of the defendant including:
    (a)   General Factors:
        ___ The defendant appears to have a mental condition which may affect whether the defendant will appear.
        ___ The defendant has no family ties in the area.
        ___ The defendant has no steady employment.
        ___ The defendant has no substantial financial resources.
        ___ The defendant is not a long time resident of the community.
        ___ The defendant does not have any significant community ties.
        ___ Past conduct of the defendant:_____
        ___ The defendant has a ~~history~~ _problem_ relating to drug abuse.
        ___ The defendant has a significant prior criminal record.
        ___ The defendant has a prior record of failure to appear at court proceedings.

cc: Court/Original      U.S. Attorney      Defense Counsel      Pretrial Services

(b) Whether the defendant was on probation, parole, or release by a court;
At the time of the current arrest, the defendant was on:
__ Probation
__ Parole
__ Release pending trial, sentence, appeal or completion of sentence.

(c) Other Factors:
__ The defendant is an illegal alien and is subject to deportation.
__ The defendant is a legal alien and will be subject to deportation if convicted.
_✓_ Other: _Numerous firearms, including assault weapons; loaded 100 round magazine_

_✓_ (4) Rebuttable Presumptions
In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:
__ a. (1) The crime charged is one described in § 3142(f)(1) viz.
  __ (A) a crime of violence; or
  __ (B) an offense for which the maximum penalty is life imprisonment or death; or
  __ (C) a controlled substance violation that has a maximum penalty of ten years or more; or
  __ (D) a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above and
(2) Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above and
(3) The offense referred to in subparagraph (2) was committed while defendant was on release pending trial and
(4) Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2).
_✓_ b. There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed
  _✓_ in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,
  __ the Controlled Substances Import and Export Act, 21 U.S.C. §§ 951, et seq.,
  __ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or
  __ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.
  __ an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244 (a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

D. Additional Directives
Pursuant to 18 U.S.C. § 3142(I)(2)-(4), the Court directs that:
The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and
The defendant be afforded reasonable opportunity for private consultation with his counsel; and
That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: _May 10, 2006_                                GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE




# CENTRAL CONTRA COSTA
# NARCOTIC ENFORCEMENT TEAM
Page No. 1 of 7

| Investigation Title | Date | Case File Number |
|---|---|---|
| Operation LION'S GATE | 3/21/2006 | TF06-0037 |
| **Type of Report** | **Crime(s)** | **Case File X-Ref** |
| Opening/Arrest/Closing | 11351 HS | |
| **Case Agent** | **Reporting Agent** | **Supervisor** |
| Leonard | Leonard | Norm Wielsch |

## OFFICERS INVOLVED

SAS Wielsch
SA Leonard
SA Barrientos
SA Lombardi
SA Roth
Det Jiminez (Lafayette PD)
Det Aranda (Lafayette PD)
GS Fiocchi (Oakland DEA)
SA Malocu (Oakland DEA)
SAS Hatano (SJ Co. Metro)
Sgt Sandoval (SJ Co. Metro)
Det Harper (SJ Co. Metro)
Det Kulling (SJ Co. Metro)
Det Lacompte (SJ Co. Metro)
Stockton PD SWAT Team
Ofc Garlick and K9 "Jesse" (Stockton PD)

## SUMMARY

This report documents the service of a search warrant at 1618 East 9th St, Stockton on 03-21-06. The search warrant was issued and signed by the Honorable Judge Terrence Van Oss of the San Joaquin County Court on 03-15-06. During the service of the search warrant, Salvador ARROYO was arrested inside the residence after agents located a total of seven firearms (including 2 banned assault weapons and a stolen revolver), 678.9 grams (AGW) of cocaine, 95.8 grams (AGW) of marijuana packaged for sale, and 2.1 grams (AGW) of heroin. Agents also seized $84069.00 Currency pursuant to federal asset forfeiture laws. ARROYO was transported and booked into the San Joaquin County Jail on charges of 11351 HS, 12022(c) PC, 11359 HS, 12280 PC, 11366.8 HS, and 11350 HS. All seized narcotics and evidence were retained by CCCNET. All narcotics were delivered to the Contra Costa Crime Lab on 03-21-06 for analysis. All US Currency was seized by Agent Malocu of the Oakland DEA for disposition. All photos were booked at CCCNET.

## DETAILS OF THE INVESTIGATION

1. On Tuesday, 03-21-06, Agents from CCCNET, Oakland DEA, Lafayette Police Department, San Joaquin County Metro Task Force, and Stockton Police Department served a search warrant at the residence at 1618 East 9th St, Stockton. The warrant was signed by the Honorable Judge



GOVERNMENT EXHIBIT 1




**CENTRAL CONTRA COSTA**
**NARCOTIC ENFORCEMENT TEAM**
Investigation Title: Operation LION'S GATE
Page No. 2 of 7

Terrence Van Oss of the San Joaquin Superior Court on 03-15-06 (refer to attached copy of search warrant).

2. Prior to the execution of the search warrant, all involved agents and officers had a pre-operation briefing. A separate briefing was also given for the officers from the Stockton Police Department SWAT Team, who would be responsible for conducting the initial entry into the residence. During the briefing with the SWAT team, they were informed that the residence was fortified with security gate and that the resident(s) were likely armed with assault weapons.

3. At approximately 0715 hrs on 03-21-06, officers from the Stockton Police Department SWAT team arrived at 1618 East 9th St, Stockton and knocked loudly on the exterior of the security gate that protected the front door and announced that they were police officers and were serving a search warrant. I was located a short distance away, but could hear and see the "knock and notice" being conducted. After not receiving a response at the front door, officers from the SWAT team had to force open the security door and then entered through the front door without forcing entry to that door. It took approximately 30-45 seconds from the time of the "knock and notice" until the time that SWAT officers entered the residence. The SWAT Team secured the residence and detained the only occupant, Salvador ARROYO. The SWAT Team also located a large Doberman dog in the rear yard, which was later secured in the custody of animal control officer Joe Denby.

4. After the SWAT Team secured the residence, officers entered and located contraband in plain view in one of the bedrooms in close proximity to several firearms and large sums of cash. All evidence was left in place with the exception of the firearms, which were made to be temporarily inoperable by agents from the DEA. During this time, I contacted ARROYO in the living room. ARROYO said that he was the only person who lived in the house and that the house belongs to his relative, Adhemar Arellano of Elk Grove. ARROYO said that he did not pay rent for the residence and "takes care" of the house. ARROYO could not provide any contact information for Arellano. ARROYO said that his girlfriend, Lucia Barajas stays with him at the house occasionally, but said that she does not live there. ARROYO also said that he does not work. I advised ARROYO of his Miranda Rights and he said that he understood them but did not want to talk with me and he was not questioned. ARROYO was identified with his California Driver License. All officers then left the residence again and Agent Malocu from Oakland DEA videotaped the residence. After the residence was viedotaped, I accompanied Stockton PD officer Garlick #1511 and his trained narcotics K9 "Jesse" as they searched the residence. "Jesse" alerted on several locations throughout the house, which were later searched and narcotics found.

5. The residence at 1618 East 9th St, Stockton was a single-story house, with 2 bedrooms, one bathroom, and a single-car attached garage. There was also a detached shed in the rear yard. For the purposes of this report, "Bedroom 1" refers to the room on the northwest corner of the building, and "Bedroom 2" was on the southwest corner of the house. The garage was at the

 

**CENTRAL CONTRA COSTA**
**NARCOTIC ENFORCEMENT TEAM**
Investigation Title: Operation LION'S GATE
Page No. 3 of 7

northeast corner with an interior door that led into the kitchen. The kitchen and living room were adjacent to one another. The front door of the residence opened directly into the living room.

6. During the search of the residence, I was notified of any items of contraband or evidenciary value by the officers who found it and I then had Agent Roth photograph the items in place before I would collect the evidence.

7. Inside "bedroom 2", officers located a SKS Sporter 7.62mm rifle (item 1) with the stock removed and pistol grips next to an unloaded 30 round magazine. Next to the SKS rifle was a Winchester Ranger 30-30 rifle (item 2) loaded with one round in the chamber. Leaning against the wall near items 1 and 2, was an Olympic Arms AR-15 (item 3) with an unloaded 90 round magazine (item 18) next to it. Also found on the floor in bedroom 2, was a Smith and Wesson 32 Magnum revolver (item 6) loaded with 6 rounds of ammunition. Officers also found a blue soft-sided cooler bag containing a baggie with 250.5 grams AGW of cocaine on the floor in this room (item 8). Next to item 8 was a green and brown "Timberland" shoe box containing three baggies of cocaine (item 9). The baggies weighed 125 grams, 124.6 grams, and 48 grams AGW. Also inside the box was a large sum of US Currency. Inside the closet of bedroom 2, officers located a clear tupperware container (item 14) that held 2.1 grams AGW of heroin and multiple baggies containing a total of 57.3 grams AGW of marijuana (item 13). A bag containing indicia (item 23) in the form of expired California Driver License and social security card belonging to ARROYO was found next to items 8 and 9.

8. Bedroom 2 did not have a bed inside of it but did have a dresser containing men's clothing and miscellanous other property on the floor. The closet had men's clothing and several dozen pairs of men's shoes inside of it.

9. When bedroom 1 was searched, officers located a loaded Beretta 92FS 9mm handgun (item 4) with an additional loaded magazine next to it underneath the bed. Also under the bed was a Taurus .454 Casull revolver (item 7) with 5 rounds of ammunition inside. Officers also located a gun case on the floor of bedroom 1 which contained a Taurus PT58 SS 9mm handgun (item 5) which still had a loaded magazine inside of it. Officers also located more US Currency concealed inside the curtains in this room. Refer to Agent Malocu's supplemental report for the locations and quantities of money seized. This room also contained men's clothing, personal items, and a small amount of women's clothing.

10. During the search of the kitchen, I located 9 baggies of cocaine inside of the drawers (item 10). The total weight of the cocaine was 130.8 grams AGW. In a separate drawer, I found several baggies containing a total of 38.5 grams AGW of marijuana (item 12). I also found two digital scales on the shelves beneath the counter (item 11). I also located two cellular phones and indicia in the form of phone bills bearing the name Sal Salvador in one of the drawers (item 24).



**CENTRAL CONTRA COSTA
NARCOTIC ENFORCEMENT TEAM**
Investigation Title: Operation LION'S GATE
Page No. 4 of 7

11. During the search of the shed in the rear yard, Agent Lombardi located a flash suppressor (item 15) for an unknown type of weapon, a collapsible stock for the SKS rifle and various unloaded magazines (item 16), two high capacity magazines loaded with 9mm ammunition for an MP-5 assault weapon (item 19), a loaded 30 round magazine for the AR-15 rifle (item 20), and a loaded 100 round magazine for the SKS rifle (item 21).

12. Officers located a blue 1994 Nissan Maxima (CA License 5BUL898) parked in front of the residence. The vehicle is registered to ARROYO at 1618 East 9th St, Stockton. Upon searching the vehicle, it was determined that the trunk area had hidden compartments that had been permanently installed into the trunk area. DEA Group Supervisor Ted Fiocchi examined the compartment and based on his expertise, said that it was likely used for concealing contraband and in violation of 11366.8 HS. The compartment was photographed at the scene, but was damaged during its inspection and rendered inoperable. The vehicle was left parked at the scene.

13. Inside of the garage, a maroon 1968 Ford Mustang (CA License VZU506) was found parked. The vehicle is registered to ARROYO at 1606 East 9th St, Stockton. Keys for the vehicle were inside the residence at 1618 East 9th St, but ARROYO said that the vehicle belonged to his father. I attempted to contact ARROYO's father at 1606 East 9th St, Stockton but received no response at the door. It should be noted that during the search by Officer Garlick and K9 "Jesse", the dog alerted on the odor of narcotics from inside the trunk of the vehicle. During a search of the trunk, a backpack with marijuana residue was located. The vehicle was seized by the DEA pursuant to asset forfeiture and driven to their Oakland office.

14. All evidence was collected and delivered to the CCCNET office. All US Currency was taken by Agent Malocu to the Oakland DEA office for disposition. The firearms, ammunition, and loaded magazines were delivered to the Contra Costa Sheriff's Office Property Room. All narcotics were delivered to the Contra Costa Crime Lab. All other evidence was booked at CCCNET.

15. Stockton Police Officer Chris Friedman examined all of the seized firearms and determined that the SKS rifle and the AR-15 were both in violation of 12280 PC. The SKS violated 12276(a)(11) PC as it is a specifically designated as a banned weapon. The AR-15 violated 12276.1(a)(1)(C) PC because of the folding or telescoping stock.

16. ARROYO was transported to the San Joaquin County Jail and booked.

17. I made AFS inquiries for all of the firearms through the Contra Costa County Sheriff's Office. CCCSO dispatch determined that none of the rifles had AFS records. The .454 Taurus revolver was registered to ARROYO, the Taurus 9mm handgun was registered to Morris Johnson of Stockton, the Beretta handgun had no AFS record, and the Smith and Wesson revolver had been reported stolen to the Monterey Police Department. I contacted the Monterey Police and




# CENTRAL CONTRA COSTA
# NARCOTIC ENFORCEMENT TEAM
**Investigation Title: Operation LION'S GATE**

Page No. 5 of 7

---

obtained a faxed copy of the theft report from Rob Guzman (refer to attached copy). All seized firearms were entered in AFS by the Contra Costa Sheriff's Office.

18. This case will be delivered to the San Joaquin District Attorney's office for prosecution.

END OF INVESTIGATION DETAILS

## PHYSICAL DESCRIPTIONS:

### SUSPECTS:

### ARROYO, Salvador Jr

PHYSICAL: HMA   5' 09"   150 lbs.   HAIR: Blk   EYES: Bro

DOB: 8/21/1976   DL#: A7651836   State: CA

SSN: 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   CII: A11004523   FBI: 634563AB4

ADDRESS: 1618 East 9th St Stockton, CA

**LOCATION:**   1618 East 9th St   Stockton, CA

## VEHICLE(S) INVOLVED:

| Vehicle Color/Year/Make/Model | State / License # | Registered Owner(s) |
|---|---|---|
| MAR 1968 FORD MUSTANG | CA VZU506 | Salvador Arroyo |

## EVIDENCE:

| Card / Item # | Description | Storage Location |
|---|---|---|
| 578 / 1 | SKS Sporter Rifle Serial #93 17872 located in plain view of bedroom #2. Unloaded. No registration info in AFS. In violation of 12280 PC. | Contra Costa Property Lab |
| 578 / 2 | Winchester Ranger 30-30 Rifle, loaded with one round. Serial #5616738. Located in plain view in bedroom #2. No record in AFS | Contra Costa Property Lab |
| 578 / 3 | Olympic Arms AR-15 Serial # V 1177, unloaded, found in plain view in bedroom #2. No AFS record. In violation 12280 PC | Contra Costa Property Lab |
| 578 / 4 | Beretta 92FS 9mm handgun, serial #BER243893 Z, loaded with an additional magazine next to it, found under bed in bedroom #1. No AFS record. | Contra Costa Property Lab |
| 578 / 5 | Taurus PT 58 SS 9mm handgun, serial #KLB71020, found loaded in case on floor of bedroom #1. AFS record shows it is registered to Morris Johnson of Stockton. | Contra Costa Property Lab |
| 578 / 6 | Smith and Wesson 32 Magnum revolver, serial #BEF9958, found loaded with 6 rounds found on the floor of bedroom #2. Gun was reported stolen to Monterey PD on May 30, 1998. | Contra Costa Property Lab |



 

# CENTRAL CONTRA COSTA
## NARCOTIC ENFORCEMENT TEAM
Investigation Title: Operation LION'S GATE

Page No. 6 of 7

| | | |
|---|---|---|
| 578 / 7 | Taurus .454 Casull revolver, loaded with 5 rounds of ammunition, serial #QL603287, found under bed in bedroom #1. Gun is registered to ARROYO. | Contra Costa Property Lab |
| 578 / 8 | Bag of cocaine found inside blue cooler in bedroom #2. AGW 250.5 grams. Cooler booked in CNET evidence. | Contra Costa Crime Lab |
| 578 / 9 | Green and brown "Timberland" shoebox containing 3 baggies of cocaine (125.0 grams, 124.6 grams, and 48.0 grams AGW) Shoebox was discarded. Large sum of US currency also found inside box and given to DEA for disposition. Found on floor of bedroom #2. | Contra Costa Crime Lab |
| 578 / 10 | Nine baggies of cocaine found inside of drawers in kitchen. Total weight was 130.8 grams AGW | Contra Costa Crime Lab |
| 578 / 11 | Two digital scales found on shelves under kitchen counter. | CCCNET Evidence Room |
| 578 / 12 | Multiple bags of marijuana found in kitchen drawers. Total weight was 38.5 grams AGW | Contra Costa Crime Lab |
| 578 / 13 | Multiple bags of marijuana found inside tupperware container in bedroom #2. 57.3 grams AGW | Contra Costa Crime Lab |
| 578 / 14 | Tupperware container that held item #13 and an additional small bag of heroin (2.1 grams AGW). Container booked in evidence. | Contra Costa Crime Lab |
| 578 / 15 | Flash suppressor for unknown type firearm found in shed in rear yard. | CCCNET Evidence Room |
| 578 / 16 | Collapsible stock for SKS rifle and various unloaded magazines. | CCCNET Evidence Room |
| 578 / 17 | Ammunition for revolvers found throughout residence and inside weapons. | Contra Costa Property Lab |
| 578 / 18 | 90 round drum magazine for .223 ammunition, unloaded found next to item #3. | CCCNET Evidence Room |
| 578 / 19 | Two high capacity magazines loaded with 9mm ammunition for MP-5 firearm, located in shed in rear yard. | Contra Costa Property Lab |
| 578 / 20 | 30 .223 magazine for AR-15, loaded, found in shed. | Contra Costa Property Lab |
| 578 / 21 | 100 round drum magazine loaded with 7.62 mm ammuntion found in shed. | Contra Costa Property Lab |
| 578 / 22 | CD of case photos and video disk. | Contra Costa Property Lab |
| 578 / 23 | Items of indicia including expired California Driver License and Social Security card for ARROYO found in bedroom #2, next to firearms, narcotics, and cash. | CCCNET Evidence Room |
| 578 / 24 | Cell phones and indicia for ARROYO found in kitchen. | CCCNET Evidence Room |


**CENTRAL CONTRA COSTA
NARCOTIC ENFORCEMENT TEAM**
Investigation Title: Operation LION'S GATE

Page No. 7 of 7

| | | |
|---|---|---|
| 578 / 25 | $84069.00 of US Currency found throughout the residence. All cash was collected and given to DEA for disposition. A supplemental report will follow with further information. | Other Agency for Disposition |

## ASSET FORFEITURE SEIZURES(s):

$84,069.00 in US Currency
1968 Ford Mustang (Valued at $18000.00)

_____   3/23/06
Reporting Agent: Leonard      Date

Date Generated: 03/23/2006
Entry Operator: Leonard

_____   3-23-06
Supervisor:   Norm Wielsch      Date
              Commander

**END OF REPORT # 8094**